# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 04-034 JDB | MAGIS. NO: |
| v.<br><br>Victor Mejia-Munera, et al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Miguel Mejia-Munera, a/k/a Don Pablo, El Mister<br><br>#2 | |
| DOB: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE AND TO MANUFACTURE AND DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE INTENDING AND KNOWING THAT THE COCAINE WILL BE UNLAWFULLY IMPORTED INTO THE UNITED STATES;

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES;

POSSESSION WITH INTENT TO DISTRIBUTE FIVE KILOGRAMS OR MORE OF COCAINE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE UNITED STATES;
AIDING AND ABETTING.

**FILED**
MAR 05 2009
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:§ 963; 21:§ 959; 21:§952; 46:§1903 18:§ 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| HWOB | | |
| ORDERED BY:<br>Deborah A. Robinson<br>MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>DEBORAH A. ROBINSON<br>U.S. MAGISTRATE | DATE ISSUED:<br>1/29/04 |
| CLERK OF COURT:<br>NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK:<br>[signature] | DATE:<br>1/29/04 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 3/5/09 | NAME AND TITLE OF Receiving OFFICER | SIGNATURE OF Receiving OFFICER |
|---|---|---|
| DATE EXECUTED 3/5/09 | DUSM Julie Carrillo | Julie Carrillo |
| HIDTA CASE:  Yes ___  No X | | OCDETF CASE: |