UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :     Docket No. CR04-34 (JDB)
                                   :
                Plaintiff,         :     October 24, 2013
                                   :
                                   :     9:00 a.m.
v.                                 :
                                   :
MIGUEL MEJIA-MUNERA                :
                                   :
        Defendant.                 :
. . . . . . . . . . . . . . .

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:           PAUL WARREN LAYMON, JR.
                             U.S. Department of Justice
                             145 N Street, NW
                             Washington, DC 20530

For the Defendant:           ROBERT FEITEL

Court Reporter:              PATTY ARTRIP GELS, RMR
                             Official Court Reporter
                             Room 4700-A, U.S. Courthouse
                             Washington, D.C. 20001
                             (202) 962-0200

Proceedings reported by machine shorthand, transcript produced by computer-aided transcription.

```
1                    P R O C E E D I N G S

2            COURTROOM DEPUTY:  Your Honor, we have criminal action

3   04-34 United States of America versus any Miguel Mejia-Munera.

4   We have Paul Laymon representing the Government, Mr. Feitel

5   standing in for Mr. Oscar Arroyave representing the Defendant.

6   Mr. Feitel.

7            MR. FEITEL:  Good morning, your Honor.

8            THE COURT:  Good morning.

9            MR. FEITEL:  I don't believe that I am standing in for

10  Mr. Arroyave.  I am co-counsel with him.  I entered an

11  appearance in this matter on the docket.  On behalf of my

12  client, I would waive his appearance pursuant to Federal Rule of

13  Criminal Procedure 43.  That is the rule that governs the issue.

14           THE COURT:  Thank you, Mr. Feitel.

15           MR. FEITEL:  Thank you, your Honor.

16           THE COURT:  All right.  Maybe Mr. Laymon should give me

17  an update of where things are at this point.   It has been

18  almost a year since I have seen you in this case I believe.

19           MR. LAYMON:  Has it been that long, your Honor?

20           THE COURT: I don't know.  Something tells me that the

21  last notes I have are in November of 2012.  That doesn't seem

22  right.

23           MR. LAYMON:  It doesn't.  Given that this is -- the

24  case is now unsealed and this is an open hearing, Judge, I would

25  say that the case continues in the same posture as it has in the
```

1    past.  There is another matter before Judge Collyer that is set

2    for trial in April, but it may be resolved short of a trial and

3    once that case is resolved, then that will resolve this case.

4            So essentially  the status of the case is, as I say,

5    much the same as it was before and we would ask the Court to set

6    another status conference in 60 to 90 days.

7            THE COURT:  Do you think realistically you will know

8    more about the case in front of Judge Collyer by that point?

9            MR. LAYMON:  It is quite possible, Judge,  because --

10           THE COURT:  It is one of those vague answers, but it

11    may be as good as you can do.

12           MR. LAYMON:  Well, there are ongoing plea discussions

13    in that case, but they have been going on for a long time.  It

14    is really hard to say but I think 90 days out --

15           THE COURT:  More likely than 60 days.

16           MR. LAYMON:  Probably more likely than 60 and then I

17    think we would have a better idea.

18           The second matter that we the need to bring to the

19    Court's attention this morning would be more of a medical issue

20    concerning the Defendant and I can let -- I am sure Mr. Feitel,

21    can address that.  I probably know a fair amount about it as

22    well, but --

23           THE COURT:  I will do it in either order.  If you think

24    it would be better to hear from Mr. Feitel first, I can do that;

25    or if you want to give me the information you have, that's fine.

1          MR. LAYMON:  Sure.  Essentially, Judge, I think we may

2    have briefly mentioned this once upon a time, but Mr. Mejia has

3    been suffering from a hernia for probably more than a year and

4    his original counsel, Charlie Griffin from New Orleans and I

5    talked a fair amount about it.

6          We met with the Marshals.  We met with the warden at

7    the facility he is at.  I have spoken twice with the physician

8    who is in charge of the Marshals Medical Unit; and initially Mr.

9    Mr. Mejia was seen for this hernia, apparently a doctor

10   concluded that it wasn't serious enough to warrant surgery and

11   then Dr. Wolfe, who is in charge of the whole operation

12   concurred, but then apparently it got worse and now what we are

13   seeking is a second opinion so that Dr. Wolfe can opine on it

14   again.

15         I think it is, for whatever reason, the system has kind

16   of on grinded to a halt.  That second evaluation has not been

17   done.  Mr. Mejia appears in a fair amount of pain.

18         THE COURT:  The second evaluation has not been done?

19         MR. LAYMON:  Has not been completed.  I am not sure

20   why.  That is one of the reasons, for example, why he didn't

21   travel today.  But I think Mr. Feitel has a way forward that he

22   could mention to the Court.

23         THE COURT:  All right.  Let's hear from Mr. Feitel with

24   the way forward according to Mr. Laymon.

25         MR. FEITEL:  I have a proposal.  I won't repeat all of

1  the what's gone on and what's happened.  We have written to all

2  of the relevant parties because I realize that the first place

3  to come to is not the Court.  It is the place of last resort.

4        I would ask your Honor to do the following, and I spoke

5  Mr. Laymon about this.  If you order me to report back in ten

6  days as to what the status is of the treatment and what I have

7  learned from speaking to the relevant parties, when I speak to

8  the Marshals, when I speak to the warden at the Northern Neck

9  Jail and when I speak to Dr. Wolfe, I will simply say to them

10  the Court ordered me to find out what's going on and to report

11  back in writing to the Court about what's going on.

12        My optimistic hope is that that will convince them that

13  this is a matter that they should respond to kind of promptly

14  because your Honor will be involved, whereas when I inquire

15  about it, I don't believe it carries as much weight.  I will

16  report back to the Court, and hopefully this will persuade them

17  that this is a matter that should at least be looked into.

18        We are not asking them to do anything.  I have talked

19  to Mr. Mejia.  He is in a lot of discomfort.  That's why he is

20  actually not here.  He called my yesterday.  He was fairly

21  emphatic about it on the phone.

22        The course of treatment is a matter that's I think left

23  to their judgment, but at least I think they should be pushed to

24  try to do something about it.  I will be fair, I have had other

25  clients in Northern Neck who have had similarly terrible

1   treatment options by the facility.  I am not really sure why.  I

2   don't know if it is economic or is it is some kind of

3   bureaucratic inertia, but my proposal is if your Honor orders me

4   to do it, then I will tell everybody that your Honor ordered me

5   to do it; and I am hopeful that will move some where off the

6   ball or at least I will have some useful information.

7           If not, then I will reserve our right to ask for some

8   other remedies at that time.

9           THE COURT:  First issue, let's set a status.  Is

10  90 days acceptable to you?

11          MR. FEITEL:  Yes.  I am aware of the other case.  Mr.

12  Laymon is exactly right.  They have been trying to resolve it

13  seemingly forever.  90 days is I think better than 60. I think

14  we will come back in 90 days and tell your Honor exactly the

15  same thing.  I think it is going to be  one of these

16  brinkmanship matters that resolves itself the week before, but I

17  have been wrong plenty of times in the past.  Maybe  I misjudged

18  the parties' intentions. It is not my case.

19          THE COURT:  In any event, let's do 90 days.  So, Mr.

20  Bradley, you can figure out what month that brings us to.

21          COURTROOM DEPUTY:  To January.  Friday January 24th at

22  9 a.m.

23          THE COURT:  Will that work?

24          MR. FEITEL:  Yes, sir.

25          THE COURT:  Friday January 24th, Mr. Laymon?

1          MR. LAYMON:  Yes, sir, that's fine.

2          THE COURT:  9 o'clock.  All right.  So that will be a

3    status.  And then on this other matter, it seems to me that

4    given the fact that a Motion was filed previously and that based

5    on representations at that time, no action was taken; but there

6    was a representation that based on a worsening of the condition

7    a second opinion was being obtained and that that was more than

8    a month ago, I think I will order that you report back to me and

9    I will give it two weeks.  And do you think you need a written

10   order?

11         MR. FEITEL:  No, your Honor.  I appreciate that.  If I

12   thought I needed one, I would have submitted one.  I don't

13   believe that anyone is going to question the bona fides of my

14   making this representation.  If anyone does, I will file an

15   appropriate request, but I don't believe that would be

16   necessary.

17         THE COURT:  That will be fine.  So if you could report

18   back in two weeks, I would appreciate that so that we can get a

19   better sense of where things stand based on the representations

20   that were made to me previously with respect to the second

21   opinion and the worsening of the condition.

22         MR. FEITEL:  Okay.

23         THE COURT:  All right.  With that status set on

24   January 24, 2014, at 9 a.m. and that resolution of the

25   outstanding medical matter, anything else, Mr. Feitel?

1          MR. FEITEL:  No, sir.

2          THE COURT:  Mr. Laymon.

3          MR. LAYMON:  No, sir.

4          THE COURT:  All right.  Thank you both.

5          Whereupon, at 9:23 a.m., the proceedings were

6     concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3          I, Patty A. Gels, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6

7

8

9                                   _____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 0

**04-34** [1] - 3:3

## 1

**145** [1] - 1:17

## 2

**20001** [1] - 1:23
**2012** [1] - 3:21
**2013** [1] - 1:5
**2014** [1] - 8:24
**202** [1] - 1:23
**20530** [1] - 1:17
**24** [2] - 1:5, 8:24
**24th** [2] - 7:21, 7:25

## 4

**43** [1] - 3:13
**4700-A** [1] - 1:22

## 6

**60** [4] - 4:6, 4:15, 4:16, 7:13

## 9

**9** [3] - 7:22, 8:2, 8:24
**90** [6] - 4:6, 4:14, 7:10, 7:13, 7:14, 7:19
**962-0200** [1] - 1:23
**9:00** [1] - 1:6
**9:23** [1] - 9:5

## A

**a.m** [4] - 1:6, 7:22, 8:24, 9:5
**above-entitled** [1] - 10:5
**acceptable** [1] - 7:10
**according** [1] - 5:24
**action** [2] - 3:2, 8:5
**address** [1] - 4:21
**ago** [1] - 8:8
**aided** [1] - 2:1
**almost** [1] - 3:18
**AMERICA** [1] - 1:4
**America** [1] - 3:3
**amount** [3] - 4:21, 5:5, 5:17
**answers** [1] - 4:10
**appearance** [2] - 3:11, 3:12
**APPEARANCES** [1] - 1:14
**appreciate** [2] - 8:11, 8:18
**appropriate** [1] - 8:15
**April** [1] - 4:2
**Arroyave** [2] - 3:5, 3:10
**ARTRIP** [1] - 1:21
**attention** [1] - 4:19
**aware** [1] - 7:11

## B

**ball** [1] - 7:6
**based** [3] - 8:4, 8:6, 8:19
**BATES** [1] - 1:12
**BEFORE** [1] - 1:12
**behalf** [1] - 3:11
**better** [4] - 4:17, 4:24, 7:13, 8:19
**bona** [1] - 8:13
**Bradley** [1] - 7:20
**briefly** [1] - 5:2
**bring** [1] - 4:18
**brings** [1] - 7:20
**brinkmanship** [1] - 7:16
**bureaucratic** [1] - 7:3

## C

**carries** [1] - 6:15
**case** [10] - 3:18, 3:24, 3:25, 4:3, 4:4, 4:8, 4:13, 7:11, 7:18
**CERTIFICATE** [1] - 10:1
**certify** [1] - 10:3
**charge** [2] - 5:8, 5:11
**Charlie** [1] - 5:4
**client** [1] - 3:12
**clients** [1] - 6:25
**co** [1] - 3:10
**co-counsel** [1] - 3:10
**Collyer** [2] - 4:1, 4:8
**COLUMBIA** [1] - 1:2
**completed** [1] - 5:19
**computer** [1] - 2:1
**computer-aided** [1] - 2:1
**concerning** [1] - 4:20
**concluded** [2] - 5:10, 9:6
**concurred** [1] - 5:12
**condition** [2] - 8:6, 8:21
**CONFERENCE** [1] - 1:11
**conference** [1] - 4:6
**continues** [1] - 3:25
**convince** [1] - 6:12
**correct** [1] - 10:4
**counsel** [2] - 3:10, 5:4
**course** [1] - 6:22
**COURT** [20] - 1:1, 3:8, 3:14, 3:16, 3:20, 4:7, 4:10, 4:15, 4:23, 5:18, 5:23, 7:9, 7:19, 7:23, 7:25, 8:2, 8:17, 8:23, 9:2, 9:4
**Court** [8] - 1:21, 1:22, 4:5, 5:22, 6:3, 6:10, 6:11, 6:16
**Court's** [1] - 4:19
**Courthouse** [1] - 1:22
**COURTROOM** [2] - 3:2, 7:21
**CR04-34** [1] - 1:4
**criminal** [2] - 3:2, 3:13

## D

**D.C** [1] - 1:23

**days** [8] - 4:6, 4:14, 4:15, 6:6, 7:10, 7:13, 7:14, 7:19
**DC** [1] - 1:17
**Defendant** [4] - 1:9, 1:19, 3:5, 4:20
**Department** [1] - 1:16
**DEPUTY** [2] - 3:2, 7:21
**discomfort** [1] - 6:19
**discussions** [1] - 4:12
**DISTRICT** [3] - 1:1, 1:2, 1:12
**docket** [1] - 3:11
**Docket** [1] - 1:4
**doctor** [1] - 5:9
**done** [2] - 5:17, 5:18
**Dr** [3] - 5:11, 5:13, 6:9

## E

**economic** [1] - 7:2
**either** [1] - 4:23
**emphatic** [1] - 6:21
**entered** [1] - 3:10
**entitled** [1] - 10:5
**essentially** [2] - 4:4, 5:1
**evaluation** [2] - 5:16, 5:18
**event** [1] - 7:19
**exactly** [2] - 7:12, 7:14
**example** [1] - 5:20

## F

**facility** [2] - 5:7, 7:1
**fact** [1] - 8:4
**fair** [4] - 4:21, 5:5, 5:17, 6:24
**fairly** [1] - 6:20
**Federal** [1] - 3:12
**FEITEL** [10] - 1:19, 3:7, 3:9, 3:15, 5:25, 7:11, 7:24, 8:11, 8:22, 9:1
**Feitel** [8] - 3:4, 3:6, 3:14, 4:20, 4:24, 5:21, 5:23, 8:25
**fides** [1] - 8:13
**figure** [1] - 7:20
**file** [1] - 8:14
**filed** [1] - 8:4
**fine** [3] - 4:25, 8:1, 8:17
**first** [3] - 4:24, 6:2, 7:9
**following** [1] - 6:4
**FOR** [1] - 1:2
**foregoing** [1] - 10:3
**forever** [1] - 7:13
**forward** [2] - 5:21, 5:24
**Friday** [2] - 7:21, 7:25
**front** [1] - 4:8

## G

**GELS** [1] - 1:21
**Gels** [1] - 10:3
**given** [2] - 3:23, 8:4
**Government** [1] - 3:4
**governs** [1] - 3:13

**Griffin** [1] - 5:4
**grinded** [1] - 5:16

## H

**halt** [1] - 5:16
**hard** [1] - 4:14
**hear** [2] - 4:24, 5:23
**hearing** [1] - 3:24
**hernia** [2] - 5:3, 5:9
**Honor** [10] - 3:2, 3:7, 3:15, 3:19, 6:4, 6:14, 7:3, 7:4, 7:14, 8:11
**HONORABLE** [1] - 1:12
**hope** [1] - 6:12
**hopeful** [1] - 7:5
**hopefully** [1] - 6:16

## I

**idea** [1] - 4:17
**inertia** [1] - 7:3
**information** [2] - 4:25, 7:6
**inquire** [1] - 6:14
**intentions** [1] - 7:18
**involved** [1] - 6:14
**issue** [3] - 3:13, 4:19, 7:9
**itself** [1] - 7:16

## J

**jail** [1] - 6:9
**January** [4] - 7:21, 7:25, 8:24
**JDB** [1] - 1:4
**JOHN** [1] - 1:12
**JR** [1] - 1:16
**Judge** [5] - 3:24, 4:1, 4:8, 4:9, 5:1
**JUDGE** [1] - 1:12
**judgment** [1] - 6:23
**Justice** [1] - 1:16

## K

**kind** [3] - 5:15, 6:13, 7:2

## L

**last** [2] - 3:21, 6:3
**LAYMON** [10] - 1:16, 3:19, 3:23, 4:9, 4:12, 4:16, 5:1, 5:19, 8:1, 9:3
**Laymon** [7] - 3:4, 3:16, 5:24, 6:5, 7:12, 7:25, 9:2
**learned** [1] - 6:7
**least** [3] - 6:17, 6:23, 7:6
**left** [1] - 6:22
**likely** [2] - 4:15, 4:16
**looked** [1] - 6:17

## M

**machine** [1] - 2:1
**Marshals** [3] - 5:6, 5:8, 6:8
**matter** [9] - 3:11, 4:1, 4:18, 6:13, 6:17,

6:22, 8:3, 8:25, 10:5
**matters** [1] - 7:16
**medical** [3] - 4:19, 5:8, 8:25
**Mejia** [5] - 3:3, 5:2, 5:9, 5:17, 6:19
**MEJIA** [1] - 1:8
**Mejia-Munera** [1] - 3:3
**MEJIA-MUNERA** [1] - 1:8
**mention** [1] - 5:22
**mentioned** [1] - 5:2
**met** [2] - 5:6
**Miguel** [1] - 3:3
**MIGUEL** [1] - 1:8
**misjudged** [1] - 7:17
**month** [2] - 7:20, 8:8
**morning** [3] - 3:7, 3:8, 4:19
**Motion** [1] - 8:4
**move** [1] - 7:5
**MR** [18] - 3:7, 3:9, 3:15, 3:19, 3:23, 4:9, 4:12, 4:16, 5:1, 5:19, 5:25, 7:11, 7:24, 8:1, 8:11, 8:22, 9:1, 9:3
**MUNERA** [1] - 1:8
**Munera** [1] - 3:3

## N

**necessary** [1] - 8:16
**Neck** [2] - 6:8, 6:25
**need** [2] - 4:18, 8:9
**needed** [1] - 8:12
**New** [1] - 5:4
**Northern** [2] - 6:8, 6:25
**notes** [1] - 3:21
**November** [1] - 3:21
**NW** [1] - 1:17

## O

**o'clock** [1] - 8:2
**obtained** [1] - 8:7
**October** [1] - 1:5
**OF** [4] - 1:2, 1:4, 1:11, 10:1
**Official** [1] - 1:22
**once** [2] - 4:3, 5:2
**one** [5] - 4:10, 5:20, 7:15, 8:12
**ongoing** [1] - 4:12
**open** [1] - 3:24
**operation** [1] - 5:11
**opine** [1] - 5:13
**opinion** [3] - 5:13, 8:7, 8:21
**optimistic** [1] - 6:12
**options** [1] - 7:1
**order** [4] - 4:23, 6:5, 8:8, 8:10
**ordered** [2] - 6:10, 7:4
**orders** [1] - 7:3
**original** [1] - 5:4
**Orleans** [1] - 5:4
**Oscar** [1] - 3:5
**outstanding** [1] - 8:25

## P

**pain** [1] - 5:17
**parties** [2] - 6:2, 6:7
**parties'** [1] - 7:18
**past** [2] - 4:1, 7:17
**Patty** [1] - 10:3
**PATTY** [1] - 1:21
**Paul** [1] - 3:4
**PAUL** [1] - 1:16
**persuade** [1] - 6:16
**phone** [1] - 6:21
**physician** [1] - 5:7
**place** [2] - 6:2, 6:3
**Plaintiff** [2] - 1:5, 1:16
**plea** [1] - 4:12
**plenty** [1] - 7:17
**point** [2] - 3:17, 4:8
**possible** [1] - 4:9
**posture** [1] - 3:25
**previously** [2] - 8:4, 8:20
**procedure** [1] - 3:13
**Proceedings** [1] - 2:1
**proceedings** [2] - 9:5, 10:4
**produced** [1] - 2:1
**promptly** [1] - 6:13
**proposal** [2] - 5:25, 7:3
**pursuant** [1] - 3:12
**pushed** [1] - 6:23

## Q

**quite** [1] - 4:9

## R

**realistically** [1] - 4:7
**realize** [1] - 6:2
**really** [2] - 4:14, 7:1
**reason** [1] - 5:15
**reasons** [1] - 5:20
**record** [1] - 10:4
**relevant** [2] - 6:2, 6:7
**remedies** [1] - 7:8
**repeat** [1] - 5:25
**report** [5] - 6:5, 6:10, 6:16, 8:8, 8:17
**reported** [1] - 2:1
**REPORTER** [1] - 10:1
**Reporter** [2] - 1:21, 1:22
**representation** [2] - 8:6, 8:14
**representations** [2] - 8:5, 8:19
**representing** [2] - 3:4, 3:5
**request** [1] - 8:15
**reserve** [1] - 7:7
**resolution** [1] - 8:24
**resolve** [2] - 4:3, 7:12
**resolved** [2] - 4:2, 4:3
**resolves** [1] - 7:16
**resort** [1] - 6:3
**respect** [1] - 8:20

respond [1] - 6:13
RMR [1] - 1:21
ROBERT [1] - 1:19
Room [1] - 1:22
rule [2] - 3:12, 3:13

## S

second [6] - 4:18, 5:13, 5:16, 5:18, 8:7, 8:20
seeking [1] - 5:13
seem [1] - 3:21
seemingly [1] - 7:13
sense [1] - 8:19
serious [1] - 5:10
set [4] - 4:1, 4:5, 7:9, 8:23
short [1] - 4:2
shorthand [1] - 2:1
similarly [1] - 6:25
simply [1] - 6:9
speaking [1] - 6:7
spoken [1] - 5:7
stand [1] - 8:19
standing [2] - 3:5, 3:9
STATES [3] - 1:1, 1:4, 1:12
States [1] - 3:3
status [6] - 4:4, 4:6, 6:6, 7:9, 8:3, 8:23
STATUS [1] - 1:11
Street [1] - 1:17
submitted [1] - 8:12
suffering [1] - 5:3
surgery [1] - 5:10
system [1] - 5:15

## T

ten [1] - 6:5
terrible [1] - 6:25
THE [21] - 1:2, 1:12, 3:8, 3:14, 3:16, 3:20, 4:7, 4:10, 4:15, 4:23, 5:18, 5:23, 7:9, 7:19, 7:23, 7:25, 8:2, 8:17, 8:23, 9:2, 9:4
today [1] - 5:21
transcript [2] - 2:1, 10:4
TRANSCRIPT [1] - 1:11
transcription [1] - 2:1
travel [1] - 5:21
treatment [3] - 6:6, 6:22, 7:1
trial [2] - 4:2
try [1] - 6:24
trying [1] - 7:12
twice [1] - 5:7
two [2] - 8:9, 8:18

## U

u.S [1] - 1:16
U.S [1] - 1:22
unit [1] - 5:8
United [1] - 3:3

UNITED [3] - 1:1, 1:4, 1:12
unsealed [1] - 3:24
update [1] - 3:17
useful [1] - 7:6

## V

vague [1] - 4:10
versus [1] - 3:3

## W

waive [1] - 3:12
warden [2] - 5:6, 6:8
warrant [1] - 5:10
WARREN [1] - 1:16
Washington [2] - 1:17, 1:23
week [1] - 7:16
weeks [2] - 8:9, 8:18
weight [1] - 6:15
whereas [1] - 6:14
whole [1] - 5:11
Wolfe [3] - 5:11, 5:13, 6:9
worse [1] - 5:12
worsening [2] - 8:6, 8:21
writing [1] - 6:11
written [2] - 6:1, 8:9

## Y

year [2] - 3:18, 5:3
yesterday [1] - 6:20